CARL A. SCHROEDER et al., Individually and as Copartners Doing Business Under the Name of CARL A. SCHROEDER & Co., Appellants-Respondents, v. SITELINES, INC., Respondent-Appellant.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.